United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KATHRYN BANWART, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-CV-03258 |
| § | |
| CAROLYN W. COLVIN, § | |
| Acting Commissioner of the Social § | |
| Security Administration, § | |
| *Defendant.* § | |
| § | |

## ORDER OF ADOPTION

On February 18, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 18), recommending that Banwart's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted, and final judgment be entered affirming the Commissioner's final decision. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion.

Signed at Houston, Texas, this __27__ day of __Feb__, 2017.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE