United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kathryn Banwart, | § § | |
| v. | § § | C.R. Action H-15-3258 |
| Carolyn W. Colvin, | § § § | |

## **FINAL JUDGMENT**

IT IS HEREBY

ORDERED that Final Judgment is entered affirming the Commissioner's final decision. THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 27th day of February, 2017.

_____
DAVID HITTNER
United States District Judge